ACCEPTED
12-14-00160-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
1/12/2015 12:52:16 PM
CATHY LUSK
CLERK

No. 12-14-00160-CR

In the Court of Appeals
for the Twelfth Judicial District
at Tyler, Texas

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
1/12/2015 12:52:16 PM
CATHY S. LUSK
Clerk

Joshe Leesheen Johnson,
Appellant

V.

State of Texas,
Appellee

On Appeal From Cause No. 2013-0719 in the 159th
Judicial District Court of Angelina County, Texas

## State's Second Motion for Extension (Unopposed)

To the Honorable Justices of this Court:

Appellee, State of Texas, moves for a 7-day extension of time to file its brief.

I.

Under the Texas Rules of Appellate Procedure, the general deadline to file an appellee's brief is 30 days after the date the appellant's brief was filed. Tex. R. App. P. 38.6(b). Appellant's Brief was filed on November 12, 2014, giving the State until Friday December 12, 2014 to file its brief. A

motion to extend was granted, giving the State until Monday January 12, 2015 to file its brief, due to January 11, 2015 being a Sunday.

The State of Texas now requests a 7-day extension of time in which to file its brief.

II.

Good cause exists for allowing the State additional time to file its brief for the following reasons:

1.     Counsel for the State was working on and completed another brief during this time-frame in *Albro v. State*, No. 12-14-00182-CR, which had already had an extension granted.  Counsel for the State is also actively working on *Owens v. State*, No. 12-13-00386-CR and *Finley v. State*, No. 12-14-00005-CR during this same time frame.

2.     Counsel for the State had to prepare for a jury trial in *State v. Hernandez,* No. 2014-0629 which was scheduled for jury selection January 12, 2105.  This is in addition to the normal felony criminal docket counsel must prepare for.

3.     Counsel for the Appellant is unopposed to this motion.

III.

From the above-listed reasons, the State has demonstrated that good cause for the failure to be able to submit its brief by the Court's deadline. This is the State's first motion for extension, and it is not brought for purposes of delay or harassment, but to see that justice is done.

Wherefore, Appellee State of Texas prays that the Court grant its requested 7-day extension to file its State's Brief in this matter.

Respectfully Submitted,

 /s/April Ayers-Perez
Assistant District Attorney
Angelina County D.A.'s Office
P.O. Box 908
Lufkin, Texas 75902
(936) 632-5090 phone
(936) 637-2818 fax
State Bar No. 24090975
aperez@angelinacounty.net

Attorney for Appellee
State of Texas

## Certificate of Service

I do certify that on January 12, 2015 a true and correct copy of the above document has been served electronically to John Reeves, 1007 Grant Ave., Lufkin, Texas, 75901, attorney for Appellant, Joshe Johnson, through efile.txcourts.gov.

/s/April Ayers-Perez

## Certificate of Conference

I certify that on January 12, 2015, I conferred with John Reeves by telephone about this motion, and certify that he was unopposed to a 7-day extension.

/s/April Ayers-Perez